**Order filed May 31, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00241-CV
_____

### ARTHUR LAND SURVEYING, LLC., Appellant

### V.

### PREMIER SURVEYING, LLC, Appellee

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2017-76319**

## O R D E R

Appellant's brief was due May 22, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 15, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM